**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                          )<br>              Plaintiff,                       )<br>                                                          )<br>       v.                                           )         2:10-CR-090-GMN (LRL)<br>                                                          )<br>JESSICA JANE PENA,                    )<br>aka Jessie Jane Pena,                     )<br>                                                          )<br>              Defendant.                   )  | |

**ORDER OF FORFEITURE**

This Court found on September 21, 2010, that JESSICA JANE PENA, aka Jessie Jane Pena shall pay a criminal forfeiture money judgment of $30,083.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Sections 2461(c).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JESSICA JANE PENA, aka Jessie Jane Pena a criminal forfeiture money judgment in the amount of $30,083.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Sections 2461(c).

DATED this 8th day of December, 2010.

_____
Gloria M. Navarro
United States District Judge